UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

J. PATRICK SCHIRARD, AS
TRUSTEE OF THE J. PATRICK
SCHIRARD PREMARITAL ASSETS
REVOCABLE LIVING TRUST DATED
JUNE 15, 2001,

      Case No. 6:23-cv-1265

    Plaintiff,

v.

BREVARD COUNTY, a political
subdivision of the State of Florida,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, pursuant to 28 U.S.C. § 1331, 28 U.S.C. §1367, 28 U.S.C. § 1441, 28 U.S.C. § 1446, and Middle District Local Rule 1.06, removes this action to federal court as follows:

1.    On November 8, 2022, plaintiff commenced this action in the Circuit Court of Florida's Eighteenth Judicial Circuit, in and for Brevard County, Florida, under case number 05-2022-CA-052449.  Dk. 1-3, State Court Other Docs., p. 1. On June 23, 2023, after the state court granted a motion to dismiss from defendant, plaintiff filed an Amended Complaint.  *Id*., p. 91.  Like the initial Complaint, the

Amended Complaint asserts an inverse condemnation/taking claim related to alleged flooding.

2. On June 9, 2023, plaintiff responded to defendant's first set of interrogatories. Dk. 1-3, p. 68. In response to the first interrogatory which asked plaintiff to "[d]escribe in detail each act or omission on the part of any party to this lawsuit you contend constituted a violation of your rights, an illegal activity, a statutory violation, a constitutional violation, or a violation of any other precept or rule of law," plaintiff responded "Brevard County has taken my property for public use without compensating me for same *in violation of the United States* and Florida Constitutions." *Id*. (emphasis added). Plaintiff did not previously assert that the County violated his rights under the United States Constitution.

3. As it has become apparent that plaintiff asserts a federal claim, i.e., a claim under the Fifth Amendment of the United States Constitution, this Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441, as this dispute raises a federal question.

4. Pursuant to 28 U.S.C. §1367 and 28 U.S.C. §1441, this Court has jurisdiction to determine any state law issues raised in the Amended Complaint, which are related to plaintiff's federal claim.

5.	Pursuant to 28. U.S.C. §144l, and Local Rules 1.02 and 4.02, removal is proper to the Orlando Division of the Middle District of Florida, as the state court action was filed in Brevard County.

6.	In accordance with 28 U.S.C. §1446, this notice is timely as this matter is being removed within thirty (30) days of service of the above interrogatory answers upon defendant.

WHEREFORE, defendant removes this action to this Honorable Court.

Respectfully submitted this 7th day of July, 2023.

        ROPER, P.A.

By:   <u>/s/ Dale A. Scott</u>
      Dale A. Scott, Esq.
      Fla. Bar No. 568821
      dscott@roperpa.com
      ehemphill@roperpa.com
      2707 E. Jefferson St.
      Orlando, FL 32803
      Tel:  407-897-5150
      Fax:  407-897-3332
      Counsel for Brevard County

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via e-mail on this 7th day of July, 2023, to:

W. Nathan Meloon, Esq.
Scott L. Knox, Esq.
sknox@uslegalteam.com
nmeloon@uslegalteam.com
julie@uslegalteam.com
Widerman Malek, PL
1990 W. New Haven Ave., Ste. 201
Melbourne, FL 32904
Counsel for J. Patrick Schirard, as Trustee of the J. Patrick Schirard Premarital Assets Revocable Living Trust Dated June 15, 2021

By:   /s/ Dale A. Scott
      Dale A. Scott, Esq.