UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

J. PATRICK SCHIRARD, AS
TRUSTEE OF THE J. PATRICK
SCHIRARD PREMARITAL ASSETS
REVOCABLE LIVING TRUST DATED
JUNE 15, 2001,

                                  Case No. 6:23-cv-01265-PGB-RMN

      Plaintiff,

v.

BREVARD COUNTY, a political
subdivision of the State of Florida,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

X    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- ***J. Patrick Schirard, as Trustee of the J. Patrick Schirard Premarital Assets Revocable Living Trust Dated June 15, 2021 v. Brevard Cnty.*, No. 05-2022-CA-052449 (Fla. Cir. Ct., 8th Jud. Cir., Brevard Cnty.)**

_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 21st day of July, 2023.

            ROPER, P.A.

        By: /s/ Dale A. Scott
           Dale A. Scott, Esq.
           Fla. Bar No. 568821
           dscott@roperpa.com
           ehemphill@roperpa.com
           2707 E. Jefferson St.
           Orlando, FL 32803
           Tel:  407-897-5150
           Fax:  407-897-3332
           Counsel for Brevard County

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished via CM/ECF on this 21st day of July, 2023, to:

W. Nathan Meloon, Esq.
Scott L. Knox, Esq.
sknox@uslegalteam.com
nmeloon@uslegalteam.com
julie@uslegalteam.com
Widerman Malek, PL
1990 W. New Haven Ave., Ste. 201
Melbourne, FL 32904
Counsel for J. Patrick Schirard, as Trustee of the J. Patrick Schirard Premarital Assets Revocable Living Trust Dated June 15, 2021

        By: /s/ Dale A. Scott
           Dale A. Scott, Esq.